FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 MAY 18  PM 3: 53

CLERK
SO. DIST OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA,

    v.

APPROXIMATELY SIXTY-THREE PIT
BULL-TYPE DOGS SEIZED FROM 2083
ROZAR GOOLSBY ROAD, EASTMAN,
GEORGIA,

CV 318-021

# O R D E R

Before the Court is the Government's Amended Motion for Default Judgment and for Final Order of Forfeiture. (Doc. No. 10.)[1]  For the following reasons, the Government's motion is **GRANTED**.

## I.  BACKGROUND

On March 23, 2018, the Government filed a Verified Complaint for forfeiture in rem against Sixty-Three Pit Bull-Type Dogs (the "Defendant Property"). (Doc. No. 1.)

A notice of forfeiture was sent to James Lampkin; the Estate of Fred Lee Jones, care of Rosemary Kilpatrick; and Natacha Smith. (Cunningham Decl. ¶ 5.)  Additionally, notice was posted on the Government's website, www.forfeiture.gov, on

---

[1] The Government's original Motion for Default Judgment and for Final Order of Forfeiture (doc. no. 8) is **DENIED AS MOOT**.

March 27, 2018. (Cunningham Decl. ¶ 3.) To date, no person has filed an answer to the Complaint or otherwise claimed the Defendant Property.

The Clerk of the Court entered default against the Defendant Property and any potential claimants on May 3, 2018. (Doc. No. 7.) The Government now moves the Court to enter a default judgment and final order of forfeiture against the Defendant Property and any potential claimants. (Doc. No. 10.)

The uncontested allegations of the Government's Verified Complaint establish that the Defendant Property was used in an animal fighting venture, and is therefore subject to forfeiture pursuant to the Animal Welfare Act, 7 U.S.C. § 2156(f). (Cunningham Decl., Doc. No. 6-1, ¶ 2.)

## II. DISCUSSION

"Obtaining a default judgment is a two-step process: first, the plaintiff must seek an entry of default from the clerk of court; and second, after the clerk has made an entry of default, the plaintiff can seek a default judgment." U.S. v. Eleven Firearms, 2015 WL 4409664, at *1 (S.D. Ga. July 17, 2015). "An entry of default and subsequent entry of default judgment are appropriate when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend." U.S.

v. $11,000.00 in U.S. Funds, 2009 WL 198013, at *2 (M.D. Ga. Jan. 27, 2009) (internal quotations omitted).

Where - as here - the Government brings a civil forfeiture action in rem under a federal statute, it must comply with Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions Rule G.   See FED. R. CIV. P., SUPP. R. G(1) ("This Rule governs a forfeiture action in rem arising from a federal statute.").

Here, it appears the Government has complied with Supplemental Rule G.   First, the Complaint complies with Supplemental Rule G(2) because (1) it was verified; (2) stated the grounds for subject matter jurisdiction and venue; (3) described the property with reasonable particularity; (4) stated the property's location; (5) identified the statute under which the forfeiture action was brought; and (6) stated sufficient facts to support a reasonable belief that the Government will be able to meet its burden of proof at trial.[2]

---

[2] The facts alleged in the Government's Verified Complaint, now admitted by default, are sufficient to establish that the Defendant Property is subject to forfeiture.   Specifically, the Oconee Regional Drug Task Force received information that an organized dog fight was scheduled to take place in Dodge County, Georgia, on March 17, 2018, at 9:00 pm.   (Compl., Doc. 1, ¶ 21.) When officers arrived at 2083 Rozar Goolsby Road, Natasha Smith gave them permission to search the property.   (Id. ¶ 23.)   During their search, officers discovered, among other things, fifty-five dogs; antibiotics and syringes used to treat dogs involved in dog fighting; and a disassembled dog fighting "pit."   (Id. ¶¶ 24-28.)   On March 19, United States Department of Agriculture agents returned to the property with a search warrant and seized the Defendant Property.   (Id. ¶¶ 29-30.)

Second, the Government complied with Supplemental Rule G(4)'s notice requirements. The Government sent a notice of forfeiture and a copy of the Verified Complaint to potential claimants James Lampkin; the Estate of Fred Lee Jones; and Natacha Smith. FED. R. CIV. P., SUPP. R. G(4)(b)(i), (iii) ("The government must send notice of the action and a copy of the complaint to any person who reasonably appears to be a potential claimant" and "notice must be sent by means reasonably calculated to reach the potential claimant."). Moreover, publication is not required because the Defendant Property is worth less than $1,000.00 and the direct notice was sent to every potential claimant the Government could identify.

Supplemental Rule G(5) gives any potential claimants thirty-five days to make a claim if notice is sent directly and sixty-days if notice is sent by publication. Here, because notice was sent directly and publication is not required, any potential claimant had thirty-five days from March 26, 2018, to make a claim. See FED. R. CIV. P., SUPP. R. G(4)(a)(i). Because the time for making such a claim has expired, entering default judgment against all potential claimants to the Defendant Property is appropriate.

## III. CONCLUSION

Upon due consideration, the Government's Amended Motion for Default Judgment and for Final Order of Forfeiture (doc. no. 10) is **GRANTED**. It is hereby **ORDERED** that:

1. The Defendant Property is hereby condemned and forfeited to the United States of America, and all right title, claim and interest to the Defendant Property by James Lampkin; the Estate of Fred Lee Jones; and Natacha Smith, their heirs, successors, and assigns and all other persons and entities are vested in the United States of America;

2. James Lampkin; the Estate of Fred Lee Jones; and Natacha Smith, their heirs, successors, and assigns and all other persons and entities are forever barred from asserting a claim against the Defendant Property; and

3. The U.S. Marshals Service or an authorized designee shall dispose of the Defendant Property according to law and regulatory procedures.

The Court **DIRECTS** the Clerk to enter judgment in favor of the Government pursuant to Federal Rule of Civil Procedure 58 upon the same terms and conditions as outlined in this Default Judgment and Final Order of Forfeiture, **TERMINATE** all deadlines and motions, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

## EXHIBIT A - DEFENDANT PROPERTY

1. USM-110: one brindle colored male pit bull-type dog

2. USM-111: one black colored male pit bull-type dog

3. USM-112: one black/white colored male pit bull-type dog

4. USM-113: one red/white colored male pit bull-type dog

5. USM-114: one brindle colored male pit bull-type dog

6. USM-115: one brown colored female pit bull-type dog

7. USM-116: one black colored female pit bull-type dog

8. USM-117: one black colored female pit bull-type dog

9. USM-118: one black colored male pit bull-type dog

10. USM-119: one brown colored male pit bull-type dog

11. USM-120: one black/white colored female pit bull-type dog

12. USM-121: one brown colored female pit bull-type dog

13. USM-122: one white/black colored female pit bull-type dog

14. USM-123: one blue colored female pit bull-type dog

15. USM-124: one red colored male pit bull-type dog

16. USM-125: one red/white colored male pit bull-type dog

17. USM-126: one black/white colored female pit bull-type dog

18. USM-127: one black/white colored male pit bull-type dog

19. USM-128: one white colored female pit bull-type dog

20. USM-129: one brown/white colored male pit bull-type dog

21. USM-130: one red/white colored female pit bull-type dog

22. USM-131: one red colored female pit bull-type dog

23. USM-132: one red colored female pit bull-type dog

24. USM-133: one brown/white colored female pit bull-type dog

25. USM-134: one brindle colored female pit bull-type dog

26. USM-135: one brown colored female pit bull-type dog

27. USM-136: one brown colored female pit bull-type dog

28. USM-137: one black/white colored male pit bull-type dog

29. USM-138: one black/white colored female pit bull-type dog

30. USM-139: one black colored female pit bull-type dog

31. USM-140: one black/white colored male pit bull-type dog

32. USM-141: one brindle colored male pit bull-type dog

33. USM-142: one black colored female pit bull-type dog

34. USM-143: one black/white colored male pit bull-type dog

35. USM-144: one black/white colored female pit bull-type dog

36. USM-145: one black colored female pit bull-type dog

37. USM-146: one brown/white colored male pit bull-type dog

38. USM-147: one brown colored male pit bull-type dog

39. USM-148: one brown/white colored male pit bull-type dog

40. USM-149: one black colored female pit bull-type dog

41. USM-150: one tan colored female pit bull-type dog

42. USM-151: one brindle colored female pit bull-type dog

43. USM-152: one brown/white colored male pit bull-type dog

44. USM-153: one black/white colored female pit bull-type dog

45. USM-154: one black/white colored female pit bull-type dog

46. USM-155: one black/white colored female pit bull-type dog

47. USM-156: one brown colored female pit bull-type dog

48. USM-157: one black colored female pit bull-type dog

49. USM-158: one brown colored female pit bull-type dog

50. USM-159: one tan colored male pit bull-type dog

51. USM-160: one tan colored male pit bull-type dog

52. USM-161: one tan colored female pit bull-type dog

53. USM-162: one black/white colored male pit bull-type dog

54. USM-163: one brown/white colored female pit bull-type dog

55. USM-164: one brown colored female pit bull-type dog

56. USM-165: one brindle colored female pit bull-type dog

57. USM-166: one brown colored female pit bull-type dog

58. USM-167: one brown colored female pit bull-type dog

59. USM-168: one black colored male pit bull-type dog

60. USM-169: one brown/black colored male pit bull-type dog

61. USM-170: one brown/black colored female pit bull-type dog

62. USM-171: one brown/black colored male pit bull-type dog

63. USM-172: one brown colored male pit bull-type dog