# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 318-021

APPROXIMATELY SIXTY-THREE PIT BULL-TYPE DOGS SEIZED FROM 2083 ROZAR GOOLSBY ROAD, EASTMAN, GEORGIA,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated May 18, 2018 the Government's Amended Motion for Default Judgment and for Final Order of Forfeiture is granted; therefore, judgment is hereby entered in favor of the Government upon the same terms and conditions as outlined in this Default Judgment and Final Order of Forfeiture. This case stands closed.



5/18/2018  
Date

Scott L. Poff  
Clerk

/s/ Jamie Hodge  
(By) Deputy Clerk